UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JOSEPH IRA BARTHOLOMEW TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00580-JPH-DLP |
| | ) | |
| JOHN PLASSE, | ) | |
| CHARLES FUNK, | ) | |
| ELVIS BURNS, | ) | |
| VIGO COMMISSIONER, | ) | |
| COUNCIL OF THE CITY OF TERRE HAUTE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING COMPLAINT AND DIRECTING FURTHER PROCEEDINGS**

The plaintiff's complaint describes incidents that allegedly occurred at the Vigo County Jail in 2018. The complaint states that the plaintiff has already filed a case in state court regarding these allegations. That case is proceeding under cause number 84D05-2004-SC-2032 in Vigo County.[1] The Court takes judicial notice of the online docket in that case which reveals that the case is scheduled for a bench trial on November 6, 2020. The plaintiff alleges that the state court is not cooperating, and he wishes to come to federal court. Dkt. 1 at 3. In other words, Mr. Turner does not wish to file a new case in this Court; he wishes to remove an existing case from state court.

Federal law does not allow the plaintiff in a state-court action to remove the case to federal court. Only a defendant may do so. 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court . . . may be removed *by the defendant*.") (emphasis added); 28 U.S.C. § 1446(a) ("A

---

[1] The complaint lists the state case number as 84D01-2004-SC-2032, but the actual case number is 84D05-2004-SC-2032.

1

*defendant or defendants* desiring to remove any civil action for a State court shall file . . . a notice of removal.") (emphasis added). *See also First Bank v. DJL Properties*, 598 F.3d 915, 916 (7th Cir. 2010) ("[A] litigant who files suit in state court is a 'plaintiff' and cannot remove the case.") (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941)).

The complaint is therefore **dismissed**. Mr. Turner shall have **through December 2, 2020**, to show cause why the Court should not dismiss this action and enter final judgment.

Mr. Turner shall also have **through December 2, 2020**, to either pay the $400.00 filing fee for this action or demonstrate that he lacks the financial ability to do so by filing a motion for leave to proceed without the prepayment of the filing fee (*in forma pauperis*). If Mr. Turner seeks leave to proceed without prepaying the filing fee, his request must be accompanied by a copy of the transactions associated with his institution trust account for the six-month period preceding the filing of this action on October 29, 2020. The **clerk is directed** to include a form motion for leave to proceed *in forma pauperis* with Mr. Turner's copy of this Order.

**SO ORDERED.**

Date: 11/4/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOSEPH IRA BARTHOLOMEW TURNER
991268
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135